IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>                       Plaintiff,                            )<br>                                                                  )<br>         -vs-                                                 )<br>                                                                  )<br>ELIZABETH R. TATE,                           )<br>                                                                  )<br>                       Defendant.                       ) | No. M-13-481-P<br><br>Violation: 21 U.S.C. § 844 |

## INFORMATION

The United States Attorney charges:

On or about July 20, 2013, in Cotton County, in the Western District of Oklahoma,

---------------------------------------ELIZABETH R. TATE, -----------------------------------

the defendant herein, did knowingly possess a controlled substance without a valid prescription, to-wit: methamphetamine.

All of said acts are in violation of Title 21, United States Code, Section 844.

                    SANFORD C. COATS
                    United States Attorney

                    ARVO Q. MIKKANEN
                    Assistant U.S. Attorney

**Penalties:**
Not more than 1 year incarceration
Not less that $ 1,000.00 fine
Not more than a $100,000.00 alternative fine
$25.00 Special Assessment
Not more than 1 year Supervised Release

STATE OF OKLAHOMA          )
                           ) SS
COUNTY OF OKLAHOMA         )

## VERIFICATION

I, Arvo Q. Mikkanen, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief, the statements therein are true and correct.

_____
ARVO Q. MIKKANEN
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this __17th__ day of __October__, 2013.

_____
GARY M. PURCELL
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 20, 2013 while exercising my duties as a law enforcement officer in the Western District of OK

I Officer Brian Wahnee was contacted in regards to Controlled Dangerous Substance found inside a wallet at the Comanche Red River Casino Devol, Ok, which is Indian Gaming for the Comanche Nation. Upon arrival I made contact with Casino Security who advised a clear plastic baggie containing a crystalline substance was found while retrieving identification from the wallet. A field test was conducted on the crystalline substance and it tested positive for methamphine. I spoke to Ms. Tate who stated the contents of the wallet were hers, but denied being in possession of the CDS.

I personally served Elizabeth Tate on 7-20-13 at around 0616 hrs with a copy of this violation notice.

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7-20-2013   Brian Wahnee
         Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
         Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

CVB Location Code: N017

Violation Number: 1158755
Officer Name (Print): Brian Wahnee
Officer No.: T8

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: July 20, 2013  0428 hrs.
Offense Charged: ☑ USC — 21 U.S.C. §844
Place of Offense: Comanche Indian county Comanche Nation Red River Casino. Rt 1 42K Devol OK 73531

Offense Description: Knowing or intentional possession of a controlled substance without valid prescription

### DEFENDANT INFORMATION
Last Name: Tate
First Name: Elizabeth
M.I.: R
City: Devol
State: OK
Zip Code: 73531
Date of Birth: [redacted] 195
Drivers License No.: [redacted]
D.L. State: TX
Social Security No.: [redacted] 2573
☑ Adult   ☐ Juvenile   Sex: ☐ Male  ☑ Female
Hair: BrN   Eyes: BrN   Height: 502

### VEHICLE DESCRIPTION
VIN: 1FPRF1227bNB443
Tag No.: 018R43
State: TX
Year: 06
Make/Model: Ford F150
Color: Blue

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU PAY AMOUNT INDICATED OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral

### YOUR COURT DATE
Court Address: Federal Courthouse, Judge Purcell Courtroom, 200 NW 4th Street Room 201, Oklahoma City, OK.
Date: 9-19-201_
Time: 1:30 pm

X Defendant Signature: Elizabeth Tate

(Rev. 03/2006)   Original - CVB Copy

ERT - 1